No. 502. DENNIS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted limited to Questions 1, 2, and 3 presented by the petition, which read as follows:

"1. Whether the indictment states the offense of conspiracy to defraud the United States;

"2. Whether, in the comparative light of *American Communications Assn.* v. *Douds,* 339 U. S. 382, and *United States* v. *Archie Brown,* 381 U. S. 437, Section 9 (h) of the Taft-Hartley Act is constitutional;

"3. Whether the trial court erred in denying petitioners' motions for the production, to the defense or the Court, of grand jury testimony of prosecution witnesses."

*Nathan Witt, George J. Francis* and *Telford Taylor* for petitioners. *Solicitor General Marshall, Assistant Attorney Yeagley* and *George B. Searls* for the United States.

*Gerhard P. Van Arkel, Charles F. Brannan, John F. O'Donnell, Joseph L. Rauh, Jr., Eugene Cotton, Melvin L. Wulf, Jacob Sheinkman, Joseph M. Jacobs* and *John Ligtenberg* for the American Civil Liberties Union et al., in support of the petition.